

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2015

No. 04-15-00179-CV

**IN THE INTEREST OF S.R.,** et al, children,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02399
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

This is an accelerated appeal in a parental termination case. The reporter's record was originally due on April 6, 2015. The court reporter has filed a notification of late reporter's record. Texas Rule of Appellate Procedure 35.3(c) provides that we may not extend the deadline to file the reporter's record by more than ten days in an accelerated appeal. TEX. R. APP. P. 35.3(c). The reporter's record is therefore due on **April 16, 2015**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court